UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA         :
                                 :   NOTICE OF INTENT
    - v. -                       :   TO FILE INFORMATION
                                 :   07 Mag. 1841
PEDRO ORTIZ,                     :
    a/k/a "Angel Lebron,"        :
                                 :
              Defendant.         :
------------------------------x

**08 CRIM 049**



Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        December 21, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

                        By: _____
                            BENJAMIN A. NAFTALIS
                            Assistant United States Attorney

                    AGREED AND CONSENTED TO:

                        By: _____
                            FRANCISCO CELEDONIO
                            Attorney for Pedro Ortiz,
                                a/k/a "Angel Lebron"

ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/07