```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :    WAIVER OF INDICTMENT
                                 :
       - v -                     :    __ Cr. ____
                                 :
PEDRO ORTIZ,                     :
    a/k/a "Angel Lebron,"        :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x
```

**08 CRIM 049**

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846; being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_Angel L Lebron_
Defendant

_/s/_
Witness

_/s/_
Counsel for Defendant

Date: ~~December~~ January 17, 2008
New York, New York

0202


ELECTRONICALLY FILED
DATE FILED: JAN 17 2008