```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :    INFORMATION
                                    :
     - v. -                         :    08 CRIM 049
                                    :
PEDRO ORTIZ,                        :
     a/k/a "Angel Lebron,"          :
                                    :
              Defendant.            :
                                    :
------------------------------------x
```

COUNT ONE

The United States Attorney charges:

1. In or about November 2007, in the Southern District of New York and elsewhere, PEDRO ORTIZ a/k/a "Angela Lebron," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that PEDRO ORTIZ, a/k/a "Angel Lebron," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base (in a form commonly known as "crack"), in violation of Sections 812, 841(a)(1), and 841(b)(1)(B) of Title 21, United States Code.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JAN 17 2008

OVERT ACT

3.    In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about November 6, 2007, PEDRO ORTIZ, a/k/a "Angel Lebron," the defendant, supplied a confidential informant with crack cocaine in the Bronx, New York.

(Title 21 United States Code Section 846.)

FORFEITURE ALLEGATION

4.    As a result of committing the controlled substance offense alleged in Count One, PEDRO ORTIZ, a/k/a "Angel Lebron," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Information, representing the amount of proceeds obtained as a result of the narcotics offenses charged in Count One of this Information.

Substitute Asset Provision

a.    If any of the above-described forfeitable property, as a result of any act or omission of PEDRO ORTIZ, a/k/a "Angel Lebron," the defendant:

2

        (1) cannot be located upon the exercise of due diligence;

        (2) has been transferred or sold to, or deposited with, a third person;

        (3) has been placed beyond the jurisdiction of the Court;

        (4) has been substantially diminished in value; or

        (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

        (Title 21, United States Code, Sections 853.)

                                          */s/ Michael J. Garcia*
                                        MICHAEL J. GARCIA
                                        United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**PEDRO ORTIZ,**

**Defendant.**

---

**INFORMATION**

07 Cr.

(Title 21, United States Code, Section 846.)



                  <u>MICHAEL J. GARCIA</u>
                United States Attorney.

---