UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

      - v. -                          :    ORDER

                                        :    08 Cr. 49 (NRB)

PEDRO ORTIZ,                          :
    a/k/a "Angel Lebron,"             :

              Defendant.          :

- - - - - - - - - - - - - - - - - -x



    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Gabriel W. Gorenstein on January 25, 2008;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          ~~January~~ 5, 2008
          February

                                            Hon. Naomi Reice Buchwald
                                            UNITED STATES DISTRICT JUDGE